THE CITY OF NEW YORK, Respondent, *v.* BRIDGE
OPERATING COMPANY, Appellant.

*Contract — municipal corporations — New York city — railroads —
construction of contract between municipality and railroad company
as to the repair of railroad track on bridge owned by municipality.*

*City of New York* v. *Bridge Operating Co.*, 197 App. Div. 948,
affirmed.

(Argued May 4, 1922; decided May 31, 1922.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered July 8, 1921, affirming a judgment in favor of
plaintiff entered upon a verdict directed by the court.
The action was brought to recover moneys expended by
plaintiff for repairs to surface railroad tracks belonging to
plaintiff on the Williamsburg bridge. The question was
whether, under an agreement between the parties, defend-
ant was liable to reimburse plaintiff for the expense
incurred in making such repairs. The contract provided:
" V. The ' Bridge Company ' agrees to keep and maintain
the surface tracks and the electrical equipment thereof in
good order and repair, and in such manner as the ' Com-
missioner ' may approve or direct during the term of this
contract." Defendant contended that the original con-
tract terminated on August 31, 1915, pursuant to the
written notice of the bridge commissioner, and was never
extended and that the temporary permits issued to the
separate companies for operation after August 31, 1915,
constituted separate and distinct contracts for each com-
pany, and the permits issued to the Bridge Operating
Company imposed no obligation upon it to maintain tracks
upon which it did not operate.

*Henry J. Smith* and *James L. Quackenbush* for appellant.

*John P. O'Brien,* Corporation Counsel (*John F. O'Brien,
Willard S. Allen* and *Josiah A. Stover* of counsel), for
respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
McLAUGHLIN, CRANE and ANDREWS, JJ.